# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jason Arthur Altheide,<br><br>    Plaintiff<br><br>v.<br><br>State of Nevada,<br><br>    Defendant | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Motions to Extend Time**<br><br>[ECF Nos. 6, 7] |

Good cause appearing, IT IS HEREBY ORDERED that Respondent's motions to extend time to respond to the petition for writ of habeas corpus **[ECF Nos. 6, 7] are GRANTED**. Respondent's deadline to respond to the petition for writ of habeas corpus [ECF No. 4] is **extended to June 15, 2020.**

Dated: May 15, 2020

_____
U.S. District Judge Jennifer A. Dorsey