**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Denying Motions**<br><br>ECF Nos. 12, 13 |

This Court previously extended respondents' deadline to respond to Jason Arthur Altheide's pro se 28 U.S.C. § 2254 petition for a writ of habeas corpus because respondents demonstrated good cause for an extension.[1] Altheide has since filed 3 motions challenging that relatively brief extension.[2] The Court has already denied the first motion.[3] While the Court acknowledges Altheide's frustration that he did not have the opportunity to file an opposition to the motion for extension of time before the Court granted it, such an opposition would not have been well-founded. Counsel for respondents has explained that teleworking in light of the COVID-19 pandemic has made it more difficult to efficiently review the underlying records in petitioner's case and to draft and finalize the response to his petition, including finalizing the exhibits.[4] There is nothing to suggest that counsel for respondents is not proceeding in good faith. The deadline to file a response to this petition is currently June 15, 2020. Altheide's

---

[1] ECF No. 8.
[2] ECF Nos. 9, 12, 13.
[3] ECF No. 10.
[4] *See* ECF Nos. 7, 14.

second motion for default and motion to strike are denied.  Filing further motions challenging this reasonable extension only serves to further delay these proceedings.

   IT IS THEREFORE ORDERED that petitioner's second motion for default **[ECF No. 12] and motion to strike [ECF NO. 13] are DENIED.**

   Dated: June 8, 2020

_____
Jennifer A. Dorsey
United States District Judge