# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JASON ARTHUR ALTHEIDE,

    Petitioner

v.

STATE OF NEVADA, et al.,

    Respondents

Case No.: 2:19-cv-02245-JAD-BNW

**Order Granting Motion to Withdraw Motions**

ECF Nos. 21, 22, 23

Petitioner Jason Arthur Altheide moves to withdraw his motions to stay and for an order to provide a response. Good cause appearing, IT IS HEREBY ORDERED that the motion to withdraw these motions **[ECF No. 23] is GRANTED.**

IT IS FURTHER ORDERED that the motions to stay and for an order to provide a response **[ECF Nos. 21, 22] are deemed WITHDRAWN.**

Dated: June 26, 2020

_____
Jennifer A. Dorsey
United States District Judge