UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>  Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Motion<br>for Court-Appointed Counsel and<br>Denying Other Motions**<br><br>ECF Nos. 16, 27, 29, 30, 31 |

   Pro se petitioner Jason Altheide moves the court to appoint an attorney to represent him in this 28 U.S.C. § 2254 habeas case.[1] There is no constitutional right to appointed counsel for a federal habeas corpus proceeding,[2] but the court must appoint an attorney if (1) a case is so complex denying counsel would deny due process or (2) the petitioner's education is so limited that he is incapable of fairly presenting his claims.[3] Although it is currently unclear whether some of the legal issues Altheide wishes to raise are complex, he is serving a life sentence without the possibility of parole. Respondents also state that Altheide has a fourth state postconviction habeas corpus petition pending.[4] Therefore, to ensure due process, I find that this case is sufficiently complex and I grant Altheide's motion for counsel.

---

[1] ECF No. 31.

[2] *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).

[3] *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984); *Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).

[4] *See* Nevada Supreme Court Case No. 80733.

IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel **[ECF No. 31] is GRANTED**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner. Once counsel has entered an appearance in this case, the court will issue a scheduling order that will, among other things, set a deadline for counsel to file an amended petition.

The Clerk of Court is directed to **ELECTRONICALLY SERVE** the FPD a copy of this order and the petition for writ of habeas corpus [ECF No. 4]. The FPD has 30 days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

IT IS FURTHER ORDERED that respondents' motion to dismiss **[ECF No. 16] is DENIED without prejudice**.

IT IS FURTHER ORDERED that petitioner's motions of notice re: re-filing, to supplement, and to dismiss unexhausted aspects of original petition **[ECF Nos. 27, 29, 30] are all DENIED as moot**.

Dated: August 31, 2020

_____
Jennifer A. Dorsey
United States District Judge