# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Denying Pro Se Motions Filed by Represented Party**<br><br>[ECF Nos. 42, 43, 44] |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner Jason Arthur Altheide, who is represented by the Federal Public Defender, has filed two pro se motions: a motion for referral to pro bono project and a motion for an order directing Clerk to file 2254 and IFP.[1] However, the local rules of this court prohibit a party who is represented by counsel from filing pleadings or any other documents in a pro se capacity without leave of the court.[2] Because Altheide's pro se motions were filed in violation of this rule, the court strikes them as fugitive documents.

IT IS THEREFORE ORDERED that petitioner's pro se motion for referral to pro bono project and pro se motion for an order directing Clerk to file 2254 and IFP **[ECF Nos. 42, 44] are STRUCK.**

---

[1] ECF Nos. 42, 44.

[2] LR IA 11-6(a) of the Local Rules of Practice.

IT IS FURTHER ORDERED that petitioner's motion to extend time to file an amended petition, filed by counsel, **[ECF No. 43] is GRANTED**.  Petitioner's deadline to file the amended petition is extended to May 24, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 27, 2021