# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Respondents' Motion for Extension of Time**<br><br>[ECF No. 55] |

Respondents seek an extension of time to file a response to Jason Arthur Altheide's 28 U.S.C. § 2254 first-amended habeas corpus petition.[1] They indicate that Altheide does not oppose. Good cause appearing, IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the first-amended petition [**ECF No. 55**] is **GRANTED**. Respondents must file the response by April 28, 2022.

                                                                                                 _____
                                                                                                U.S. District Judge Jennifer A. Dorsey
                                                                                                       Dated: March 21, 2022

---

[1] ECF No. 55.