# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Respondents' Motion for Extension of Time**<br><br>[ECF No. 57] |

Respondents seek an extension of time to file a response to Jason Arthur Altheide's 28 U.S.C. § 2254 first-amended habeas corpus petition.[1] They indicate that Altheide does not oppose. Good cause appearing,

IT IS ORDERED that respondents' second motion for extension of time to file a response to the first-amended petition [**ECF No. 57**] is **GRANTED**. **The deadline to respond to the petition for writ of habeas corpus is extended to May 12, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022

---

[1] ECF No. 57.