# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE, | Case No.: 2:19-cv-02245-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Petitioner's Motion for Extension of Time to September 26, 2022** |
| STATE OF NEVADA, et al., | [ECF No. 62] |
| Respondents | |

Jason Arthur Altheide seeks an extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 first-amended habeas corpus petition.[1]  Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to oppose the motion to dismiss [**ECF No. 62**] is **GRANTED** *nunc pro tunc*.  **The deadline to oppose the motion to dismiss is extended to September 26, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2022

---

[1] ECF No. 62.