## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>  Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to December 1, 2022**<br><br>[ECF No. 66] |

   Jason Arthur Altheide asks the court for an extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 first-amended habeas corpus petition.[1]  Good cause appearing,

   IT IS ORDERED that petitioner's unopposed fourth motion for extension of time to oppose the motion to dismiss [**ECF No. 66**] is **GRANTED** *nunc pro tunc* to November 10, 2022.  **The deadline to oppose the motion to dismiss is extended to December 1, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2022

---

[1] ECF No. 66.