# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>    Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Extension of Time to Oppose Motion to Dismiss to December 8, 2022**<br><br>**[ECF No. 68]** |

Jason Arthur Altheide seeks a brief extension of time to oppose respondents' motion to dismiss his 28 U.S.C. § 2254 first-amended habeas corpus petition.[1] Good cause appearing,

IT IS ORDERED that petitioner's unopposed fifth motion for extension of time to oppose the motion to dismiss [**ECF No. 68**] is **GRANTED** *nunc pro tunc.* **The deadline to oppose the motion to dismiss is extended to December 8, 2022**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 6, 2022

---

[1] ECF No. 68.