UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>　　　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Respondents | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Extension of Time to Reply to Motion to Dismiss to January 17, 2023**<br><br>[ECF No. 74] |

　　Respondents ask the court for an extension of time to file a reply in support of their motion to dismiss Jason Arthur Altheide's 28 U.S.C. § 2254 first-amended habeas corpus petition.[1]  Good cause appearing,

　　IT IS ORDERED that respondents' unopposed first motion for extension of time to reply in support of the motion to dismiss [**ECF No. 74**] is **GRANTED** *nunc pro tunc.*  **The deadline to reply is extended to January 17, 2023**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: December 16, 2022

---

[1] ECF No. 74.