**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON ARTHUR ALTHEIDE, | Case No.: 2:19-cv-02245-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Extension of Time to Reply to Motion to Stay to February 3, 2023** |
| STATE OF NEVADA, et al., | |
| Respondents | [ECF No. 82] |

Habeas petitioner Jason Arthur Altheide asks the court for a seven-day extension of time to file a reply in support of his motion to stay based on counsel's busy work calendar and other professional commitments.[1]  Although the court finds good cause for this short extension, counsel is cautioned that repeated extensions for similar reasons will not be permitted.

IT IS ORDERED that petitioner's unopposed motion for extension of time to reply in support of the motion to stay [**ECF No. 82**] is **GRANTED** *nunc pro tunc* to January 27, 2023. **The deadline to reply is extended to February 3, 2023**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2023

---

[1] ECF No. 82.