# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jason Arthur Altheide,

Petitioner

v.

Jeremy Bean,

Respondent.

Case No.: 2:19-cv-02245-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 112]

Respondent moves for a 60-day enlargement of time to file his response to Petitioner's second amended petition.[1] This is Respondent's first request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 112] is GRANTED. Respondent has up to and including October 16, 2026, to file his response.**

Dated: August 17, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 112.