**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jason Arthur Altheide,

Petitioner

v.

Jeremy Bean,

Respondent

Case No.: 2:19-cv-02245-JAD-BNW

**Order Striking Fugitive Document**

[ECF No. 114]

This 28 U.S.C. § 2254 habeas corpus action comes before the Court on counseled Petitioner Jason Arthur Altheide's *pro se* motion for a court order.[1] Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the court.[2] Because Altheide is represented by counsel, he is not permitted to file documents in this case on his own behalf; he must instead ask his attorney to file documents for him. Altheide's pro se motion is an unauthorized, fugitive document, and it must be struck.

IT IS THEREFORE ORDERED that Altheide's Motion for Order **[ECF No. 114] is STRUCK.** The Clerk of Court is directed to SEND a courtesy copy of this order to Jason Arthur Altheide (#1169889) at High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070-0650.

Dated: September 4, 2026



U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 114.

[2] LR IA 11-6(a).