**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jason Arthur Altheide,<br>Petitioner<br>v.<br>Jeremy Bean,<br>Respondent | Case No.: 2:19-cv-02245-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 116] |

The respondent moves for a 45-day enlargement of time to file his response to the petitioner's second amended petition.[1] This is the respondent's second request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 116] is GRANTED. Respondent has up to and including November 30, 2026, to file the response.**

Dated: October 16, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 116.