**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jason Arthur Altheide,

Petitioner

v.

Jeremy Bean,

Respondent

Case No.: 2:19-cv-02245-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 118]

Respondent moves for a 30-day enlargement of time to file his response to Petitioner's second amended petition.[1] This is Respondent's third request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 118] is GRANTED. Respondent has up to and including December 30, 2026, to file his response.**

Dated: November 24, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 118.